**The Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TROY AYLESWORTH, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a North Carolina Corporation; BAC HOME LOAN SERVICING, LP, a Texas Limited Partnership; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, foreign quasigovernmental organization,<br><br>Defendants. | Case No.:  2:13-cv-553<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

THIS MATTER having come before the Court upon the filing of a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) ("the Motion") filed on behalf of Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage

Association (collectively "Defendants"); all parties having been given notice and an opportunity to respond and Plaintiff having failed to respond; the Court having reviewed all pleadings filed by all parties relating to the Motion; and the Court having reviewed the records and files herein:

IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED; and

IT IS FURTHER ORDERED that the claims of Troy Aylesworth are dismissed in their entirety, without prejudice.

IT IS SO ORDERED.

DATED: ___May 2___, 2013

_____
Marsha J. Pechman
United States District Judge

*Presented by:*

WITHERSPOON ⋅ KELLEY

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON ⋅ KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
Fax: 509-458-2717
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com
*Attorneys for Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association*

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT - 2
Case No.: 2:13-cv-553